Randall G. Nelson
Thomas C. Bancroft
NELSON LAW FIRM, P.C.
2619 St. Johns Avenue, Suite E
Billings, MT 59102
(406) 867-7000
rgnelson@nelsonlawmontana.com
tbancroft@nelsonlawmontana.com
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

PROGRESSIVE NORTHWESTERN INSURANCE COMPANY,

Plaintiff,

vs.

BLANCA Y DOMINGUEZ GIRON, JAVIER DOMINGUEZ, LUIS DANIEL DOMINGUEZ GIRON, GENESIS YOLANI AGUILAR DOMINGUEZ, AND BIANCA YASMIN REYES DOMINGUEZ, ALL MINORS BY AND THROUGH THEIR MOTHER, GUARDIAN AND NEXT FRIEND, BLANCA Y DOMINGUEZ GIRON, CHILDREN'S HOSPITAL COLORADO, d/b/a CHILDREN'S HOSPITAL COLORADO-COLORADO SPRINGS, PROWERS COUNTY HOSPITAL DISTRICT, d/b/a PROWERS MEDICAL CENTER, REACH AIR MEDICAL SERVICES, LLC, and RADIOLOGY & IMAGING CONSULTANTS, P.C.,

Defendants.

Cause No. CV-23-52-BU-BMM-JTJ

**PLAINTIFF'S COMPLAINT FOR INTERPLEADER OF LIABILITY INSURANCE POLICY LIMITS**

Plaintiff, Progressive Northwestern Insurance Company ("Progressive"), by and through its attorneys, Nelson Law Firm, P.C., for its Complaint against Defendants, states and alleges as follows:

## I. JURISDICTION AND VENUE

1. This Court has subject matter jurisdiction over this case pursuant to 28 U.S.C. § 1335. At least two of the defendants are citizens of different states as defined in 28 U.S.C § 1332(a) and (c), and the amount in controversy exceeds $500.00.

2. Progressive is a corporation registered in Ohio and whose corporate headquarters and principal place of business is also in Ohio.

3. Defendants Blanca Y Dominguez Giron, Javier Dominguez, Luis Daniel Dominguez Giron, Genesis Yolani Aguilar Dominguez, and Bianca Yasmin Reyes Dominguez are currently citizens of Montana.

4. Defendant Children's Hospital Colorado, d/b/a Children's Hospital Colorado-Colorado Springs ("Children's Hospital") is, on information and belief, a non-profit corporation incorporated in Colorado and whose corporate headquarters and principal place of business is also in Colorado.

5. Defendant Prowers County Hospital District, d/b/a Prowers Medical Center ("Prowers") is, on information and belief, a Colorado governmental special

district which may also be known as a "health service district," with headquarters and principal place of business in Colorado.

6. Defendant REACH Air Medical Services, LLC ("REACH") is, on information and belief, a California limited liability company whose headquarters and principal place of business is in California and which does business and provides services for a fee in Colorado.

7. Defendant Radiology and Imaging Consultants, P.C. is, on information and belief, a Colorado corporation whose headquarters and principal place of business is also in Colorado.

8. Venue is proper in this District because one or more of the defendants reside in Montana. 28 U.S.C. § 1397. In addition, venue is proper in the Butte Division pursuant to Montana. LR 3.2(b).

## II. NATURE OF ACTION

9. This action arises out of the above-named Defendants' competing claims to insurance proceeds under an insurance policy issued by Progressive, providing coverage for a single-vehicle rollover automobile accident ("Accident") which happened in Prowers County, Colorado on January 3, 2023.

10. Defendants Blanca Y Dominguez Giron, Javier Dominguez, Luis Daniel Dominguez Giron, Genesis Yolani Aguilar Dominguez, and Bianca

Yasmin Reyes Dominguez (herein collectively the "injured parties") were injured in the Accident. The injuries resulted in medical care for the injured parties at Prowers, air ambulance transportation by REACH to Children's Hospital, and treatment at Children's Hospital for one or more of the injured parties.

11. Attached as Exhibit A is the Colorado Traffic Crash Report concerning the accident.

12. Progressive, under policy number 952185698, insured the vehicle involved in the accident. A copy of the Declaration page of that policy is attached as Exhibit B. The involved vehicle was the 1998 Ford Expedition listed on the Declaration page.

13. All of Defendants have made, or may make, claims against policy 952185698, for bodily injuries incurred in the Accident and/or associated health care services and charges.

14. The liability coverage policy limits under Progressive policy 952185698 is $25,000 per person/$50,000 per accident. The per-accident policy limit of $50,000 has been made available by Progressive to Defendants, to be distributed among them in such amounts as they agree. The policy limit is, however, insufficient to satisfy the collective demands of Defendants.

15. Progressive's payment of policy limits without the agreement of all

Defendants would prejudice the claims of other Defendants and potentially expose Progressive and its insured to multiple liability claims and/or to claims not covered under the policy. Progressive requests that the Court determine to whom and in what amounts the money should be distributed between Defendants. Progressive also requests that it be discharged from any and all liability to Defendants once the proceeds are paid as directed by the Court, or deposited into Court.

      WHEREFORE, Progressive prays for the following relief:

1. For an order that the insurance proceeds be paid into the registry of the Court;

2. That each Defendant be permitted to assert his/her/its claim to the insurance proceeds in this action and in no other, and that the Court determine the entitlement of each Defendant to share in the insurance proceeds;

3. That upon payment of the insurance proceeds as determined and ordered by the Court, Progressive would be discharged from any and all further liability to Defendants;

4. For such other and further relief as the Court deems appropriate.

//                        //

//                        //

DATED this 13th day of July, 2023.

/s/ Thomas C. Bancroft
Thomas C. Bancroft
NELSON LAW FIRM, P.C.
ATTORNEYS FOR PLAINTIFF

DR 3447 (11/09/18)
COLORADO DEPARTMENT OF REVENUE
Division of Motor Vehicles
Colorado.gov/Revenue

BC DC
JUVENILE RECORD

# STATE OF COLORADO TRAFFIC CRASH REPORT

MAIL TO: STATE OF COLORADO
MOTOR VEHICLE
TRAFFIC RECORDS
DENVER, CO 80261-0016

☐ AMENDED/SUPPL. ☐ COUNTER REPORT ☐ PRIVATE PROPERTY ☐ PUBLIC LAND   PAGE 1 OF 5 PAGES

| Case # | Agency ORI | Agency Name |
|---|---|---|
| 2C230007 | COCSP0000 | Colorado State Patrol |

| Date of Report (MM/DD/YYYY) | Date of Crash (MM/DD/YYYY) | Time of crash (24 Hour) | Officer Name | Officer Number |
|---|---|---|---|---|
| 01/03/2023 | 01/03/2023 | 05:58 | JACKSON, B. | 4540 |

| Date Arrived | Date Roadway Cleared | Date Last Responder Left | Signature | Detail |
|---|---|---|---|---|
| 01/03/2023 | // | 01/03/2023 | | H287 |

| Time Arrived | Time Roadway Cleared | Time Last Responder Left | Agency Code | Investigated at Scene | District Number |
|---|---|---|---|---|---|
| 06:13 | : | 07:28 | M02 | ☒ | 2C |

| Number Killed | Number Injured | Total Vehicles | Total Non-Motorists | Juvenile(s) Involved | Secondary Crash | Construction Zone Related | School Zone |
|---|---|---|---|---|---|---|---|
| 0 | 1 | 1 | 0 | ☒ | ☐ | ☐ | ☐ |

| Latitude | Longitude | County | City |
|---|---|---|---|
| 37.97763 °N | -102.61265 °W | Prowers | |

| On Road/Street: HIGHWAY 287 | Intersection Offset Distance Unit | 01. Miles  02. Feet  03. At the Intersection |
|---|---|---|

| Reference Intersecting Road/Street: | Intersection Offset Distance | Offset Direction N☐ S☐ E☐ W☐ |
|---|---|---|

| HWY NUMBER 287 | MILEPOINT 71 | Milepoint Offset Distance Unit 03 | 01. Miles  02. Feet  03. At the Milepoint |
|---|---|---|---|

☐ INTERSTATE HWY  ☒ STATE HWY  ☐ CITY ST/CNTY RD  ☐ OTHER RDWY

| Milepoint Offset Distance | Offset Direction N☐ S☐ E☐ W☐ |
|---|---|

LOCATION 02
01. On Roadway  02. Ran Off Left Side  03. Ran Off Right Side  04. Ran Off 'T' Intersection  05. Vehicle Crossed Center Median Into Opposing Lanes  06. On Private Property  07. Center Median/Island

Number of Lanes Blocked: 
LANE POSITION: N01

HARMFUL EVENT SEQUENCE  1st 01  2nd  3rd  4th   Most Harmful Event 01

NON-COLLISION CRASH
01. Overturning/Rollover
44. Immersion, Full or Partial
45. Fell from Motor Vehicle
02. Other Non-Collision
COLLISION WITH NON-MOTORIST
03. School Age To/From School
05. Pedestrian
15. Bicycle/Motorized Bicycle
COLLISION WITH MOTOR VEHICLE IN TRANSPORT
06. Front to Front
07. Front to Rear

08. Front to Side
09. Rear to Side
10. Rear to Rear
11. Side to Side-Same Direction
12. Side to Side-Opposite Direction
COLLISION WITH OTHER VEHICLE
13. Parked Motor Vehicle
COLLISION WITH ANIMAL
17. Domestic Animal
18. Wild Animal
COLLISION WITH OBJECT
19. Light Pole/Utility Pole
20. Traffic Signal Pole

47. Electrical/Utility Box
21. Sign
41. Guardrail Face
42. Guardrail End
23. Cable Rail
24. Concrete Highway Barrier
48. Overhead Structure (Bridge)
49. Overhead Structure (Not Bridge)
50. Bridge Structure (Not Overhead)
26. Vehicle Debris or Cargo
27. Culvert or Headwall
28. Embankment
43. Ditch

46. Ground
29. Curb
30. Delineator/Milepost
31. Fence
32. Tree
33. Large Rocks or Boulder
34. Railroad Crossing Equipment
35. Barricade
36. Wall or Building
37. Crash Cushion/Traffic Barrel
38. Mailbox
39. Other Fixed Object (Describe in Narrative)
40. Other Non-Fixed Object (Describe in Narrative)

| ROAD CONTOUR - CURVES | 01 | 01. Straight  02. Curve Left  03. Curve Right  04. Unknown | ROAD CONTOUR - GRADE | 01 | 01. Level  02. Uphill  03. Hill Crest  04. Downhill  05. Sag/Bottom  06. Unknown |
|---|---|---|---|---|---|

| APPROACH/OVERTAKING TURN | 03 | 01. Approach Turn  02. Overtaking Turn  03. Not Applicable | LIGHTING CONDITION | 04 | 01. Daylight  02. Dawn or Dusk  03. Dark-lighted  04. Dark-Unlighted |
|---|---|---|---|---|---|

| ROAD DESCRIPTION | 04 | 01. At Intersection  02. Driveway Access Related  03. Intersection Related  04. Non-Intersection  05. Crossover-Related  06. Roundabout  08. Parking Lot  09. Ramp  10. Ramp-related  11. Alley Related  12. Share-Use Path or Trail  13. Auxiliary Lane  14. Mid-Block Crosswalk  15. Express/Managed/HOV Lane |
|---|---|---|

ROAD CONDITION 11
01. Dry
02. Wet
03. Muddy
04. Snowy
05. Icy
06. Slushy
07. Foreign Material
08. Dry W/Visible Icy Road Treatment
09. Wet W/Visible Icy Road Treatment
10. Snowy W/Visible Icy Road Treatment
11. Icy W/Visible Icy Road Treatment
12. Slushy W/Visible Icy Road Treatment
13. Sand/Gravel
14. Roto-Milled

WEATHER CONDITION  1st 00  2nd
00. Clear
01. Rain
02. Sleet or Hail
03. Fog
04. Dust
05. Wind
06. Cloudy
07. Freezing Rain or Freezing Drizzle
08. Snow
09. Blowing Snow

**TO BE FILLED OUT ONLY IN THE EVENT OF A FATALITY**

EMERGENCY MEDICAL SERVICES (Record all time using 24 Hr. time)
| Time notified | Time Arrived @ Scene | Time Arrived @ Hospital |
|---|---|---|
| : | : | : |

If times are unknown provide name of responding services:

TRAFFIC CONTROL DEVICE FUNCTIONING
01. No Controls
02. Not Functioning
03. Functioning Improperly
04. Functioning Properly
06. Not Visible
05. Unknown

| Approved By | I.D. Number | Date |
|---|---|---|
| BRONNIMAN, J. | 1089 | 01/08/2023 |

**EXHIBIT A**

6 Pages via SFTP Tue, 11 Apr 2023 22:12:18 GMT

DR 3447 (11/09/18)

**NARRATIVE/DIAGRAM** PAGE 2 OF 5 PAGES

| Case # | Agency ORI | | Agency Name |
|---|---|---|---|
| 2C230007 | COCSP0000 | | Colorado State Patrol |

**Describe Crash**
Vehicle #1 was northbound on Highway 287 near milepost 71. Vehicle #1 began to lose control on the roadway, crossing into the southbound lane while rotating counter clockwise, running off the left side of the roadway. Vehicle #1 traveled off the roadway before hitting a trip point and overturned 1 time. Vehicle #1 came to final rest on it's wheels facing southwest.

P.O.
1X
10'
8' 12' 12' 8' 35'
FIELD
N
*Not To Scale*

| Owner 1 | Public Property Damaged ☐ | Damaged Prop. Last Name | Damaged Prop. First Name | MI |
|---|---|---|---|---|
| Address | | City | State | Zip |
| Damaged Prop. Description | | | | |

| Owner 2 | Public Property Damaged ☐ | Damaged Prop. Last Name | Damaged Prop. First Name | MI |
|---|---|---|---|---|
| Address | | City | State | Zip |
| Damaged Prop. Description | | | | |

6 Pages via SFTP Tue, 11 Apr 2023 22:12:18 GMT

DR 3447 (11/09/18) — MOTORIZED TRAFFIC UNIT/OCCUPANT — PAGE 3 OF 5 PAGES

| Field | Value |
|---|---|
| Traffic Unit # | 01 |
| Case # | 2C230007 |
| Agency ORI | COCSP0000 |
| Agency Name | Colorado State Patrol |
| Hit & Run | ☐ |
| (Driver) Last Name | SOTO |
| First Name | WALTER |
| MI | |
| Phone | (406) 580-5594 |
| Non-Contact Vehicle | ☐ |
| (Driver) Street Address | 4334 GLENWOOD DR Unit D |
| City | BOZEMAN |
| State | MT |
| ZIP | 59718 |
| DOB | 07/12/1979 |
| Driver License Number | DOSW790712 |
| Unlicensed Driver | ☐ |
| CDL | C |
| State | GR |
| Sex | M |
| Email | |
| Primary Violation | Careless Driving Caused Bodily Injury |
| DU | ☐ |
| Violation Code | 42-4-1402 (2)(b) |
| Citation Number | 6332868 |
| Common Code | 139 |
| Same Name | ☐ |
| Vehicle Owner Last Name | DOMINGUEZ |
| First Name | BLANCA |
| MI | |
| Same Addr. | ☒ |
| Vehicle Owner Street Address | |
| City | |
| State | |
| ZIP | |
| Insurance Company | PROGRESSIVE |
| None | ☐ |
| No Proof | ☐ |
| Expiration Date | 03/10/2023 |
| Policy Number | 952185698 |
| License Plate No. | 657522C |
| State or Country | MT |
| Number of Trailers | |
| Vehicle Identification Number | 1FMPU18L3WLA39028 |
| Year | 1998 |
| Make | FORD |
| Model | Expedition |
| No Damage | ☐ |
| Body Type | LL |
| Color | RED |
| Towed | 01 (01. Towed Due to Disabling Damage) |
| By: | A-1 TOWING |
| To: | 7215 HWY 50, LAMAR, CO USA 81052 |

Vehicle damage diagram: 3, 3, 3, 3, 3, 3 — Undercarriage ___. 1. Slight 2. Moderate 3. Severe

VEHICLE DEFECT/CONDITION (OFFICER OPINION ONLY): 00

00. No Vehicle Defects
01. Defective Head Light(s)
02. Defective Brake/Tail Light(s)
03. Defective Signaling Device
04. Brakes Defective/Out of Adjustment
05. Defective Tires
06. Sudden Tire Failure
07. Improper Tires for Conditions
08. Mechanical Failure
09. Obstructed Window(s)
10. Improper Load
16. Cargo/Equipment Loss or Spill
17. Cargo/Equipment Shift
14. Parking Violation
15. Other Defect(s) (Describe in Narrative)

TO BE FILLED OUT ONLY IN THE EVENT OF A FATALITY

CRASH AVOIDANCE MANEUVER: ☐☐
00. No Avoidance Maneuver
07. Braking
08. Steering
09. Steering and Braking
10. Accelerating
11. Steering and Accelerating
06. Other Avoidance Maneuver (Describe in Narrative)

FIRE/HAZARDOUS MATERIALS INVOLVEMENT: ☐☐
00. No Fire/No Haz-Mat Cargo
01. No Fire/Haz-Mat Cargo Not Involved
02. No Fire/Haz-Mat Incident
03. Vehicle Fire/No Haz-Mat Cargo
04. Vehicle Fire/Haz-Mat Cargo Not Involved
05. Vehicle Fire/Haz-Mat Incident

### DRIVER/OCCUPANT DETAILS

| A | B | C | D | E | F1 | F2 | F3 | AGE | | AA Expired Date | BB Expired Time |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 00 | 00 | 00 | 00 | B | 01 | A | 43 | DRIVER NAME AND ADDRESS ARE ABOVE | | |
| G1 | G2 | H | I | J | K | L | M | N | SEX | | |
| 01 | A | 01 | 08 | 00 | 00 | 00 | 07 | 00 | M | EMS Trip # 230005 — Taken To PROWERS MEDICAL CENTER | |

| A | | | D | E | F1 | F2 | F3 | AGE | (Passenger) Name/Address | AA | BB |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 07 | | | 00 | 00 | B | 03 | A | 10 | ▓▓▓ | | |
| G1 | G2 | H | I | J | K | L | M | N | SEX | | |
| 01 | A | 03 | | | | | | | M | EMS Trip # 230005 — Taken To PROWERS MEDICAL CENTER | |

| A | | | D | E | F1 | F2 | F3 | AGE | (Passenger) Name/Address | AA | BB |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 05 | | | 00 | 00 | B | 01 | A | 13 | ▓▓▓ | | |
| G1 | G2 | H | I | J | K | L | M | N | SEX | | |
| 01 | A | 00 | | | | | | | F | EMS Trip # — Taken To | |

| A | | | D | E | F1 | F2 | F3 | AGE | (Passenger) Name/Address | AA | BB |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 06 | | | 00 | 00 | B | 01 | A | 16 | ▓▓▓ | | |
| G1 | G2 | H | I | J | K | L | M | N | SEX | | |
| 01 | A | 00 | | | | | | | M | EMS Trip # — Taken To | |

DR 3447 (11/09/18)

## TRAFFIC UNIT/GENERAL VEHICLE AND CMV

PAGE 4 OF 5 PAGES

| Traffic Unit # | Case # | Agency ORI | Agency Name |
|---|---|---|---|
| 01 | 2C230007 | COCSP0000 | Colorado State Patrol |

### GENERAL VEHICLE FIELDS

**VEHICLE TYPE**: 09

*CMV SECTIONS REQUIRED*
01. Medium/Heavy Trucks GVWR/GCWR between 10,001 and 16,000
27. Medium/Heavy Trucks GVWR/GCWR 16,001 or over
02. School Bus (all school buses)
03. Non-School Bus (9 occupants or more including driver) in commerce
04. Transit Bus

*VEHICLES UNDER THE GVWR/GCWR THRESHOLD*
05. Passenger Car/Passenger Van
07. Pickup Truck/Utility Van
09. SUV
11. Motor Home
12. Motorcycle
28. Autocycle
15. Farm Equipment
20. Working Vehicle/Equipment

*OTHER VEHICLE*
17. Light Rail
21. Heavy Train
23. Off Highway Vehicle/ATV
24. Snowmobile
25. Low Speed Vehicle
18. O her Vehicle Type (Describe in Narrative)
16. Unknown (Hit and Run Only)

**SPECIAL FUNCTION OF MOTOR VEHICLE IN TRANSPORT**: 00

00. No Special Function
01. Vehicle Transporting Students To/From School
02. Bus - Transit
03. Bus - Charter
04. Bus - Shuttle
05. Bus - O her
06. Construc ion Equipment
07. Farm Equipment
08. Farm Vehicle
09. Ambulance
10. Police
11. Fire Truck
12. Non-Transport Emergency Services Vehicle
13. Safety Service Patrols - Incident Response
14. Towing - Incident Response
15. Other Incident Response
16. Highway/Maintenance
17. Truck Acting as Crash Attenuator
18. Public Utility
19. Military
20. Rental Truck
21. Taxi
22. Vehicle Used for Electronic Ride-hailing (Uber, Lyft etc.)
23. O her (Describe in Narrative)

Emergency Lights Activated ☐

**DIRECTION OF TRAVEL - PRIOR TO IMPACT (PRIOR TO TURNINNG MOVEMENT)**: 01

01. North 02. Northeast 03. East 04. Southeast 05. South 06. Southwest 07. West 08. Northwest

**VEHICLE MOVEMENT - PRIOR TO IMPACT**: 01

01. Going Straight
02. Slowing
03. Stopped in Traffic
04. Making Right Turn
05. Making Left Turn
06. Making U-Turn
07. Passing
08. Backing
09. Entering/Leaving Parked Position
10. Parked
11. Changing Lanes
12. Swerve/Avoidance
13. Weaving
14. Out of Control
15. Traveled Wrong Way
17. Entering Traffic Way/Merge
18. Negotiating a Curve
16. O her (Describe in Narrative)

| ROADWAY SPEED LIMIT | ESTIMATED VEHICLE SPEED | DRIVER'S STATED SPEED |
|---|---|---|
| 65 MPH | 65 MPH | 50 MPH |

**DRIVER ACTIONS (OFFICER OPINION ONLY)**: 1st 17, 2nd

00. No Contribu ing Action
02. Impeded Traffic
03. Failed to Yield ROW
04. Disregard Stop Sign
05. Failed to Stop at Signal
06. Disregarded Other Device/Sign/Markings
07. Improper Turn
08. Turned from Wrong Lane or Position
10. Lane Violation
11. Improper Passing on Left
12. Improper Passing on Right
13. Followed Too Closely
14. Improper Backing
15. Signaling Violation
16. Reckless Driving
17. Careless Driving (if used, next field can not be coded "00")
18. Speeding
19. Too Fast for Condi ions
20. Racing
21. Over-Correcting/Over-Steering
22. Lacking Required Chains
23. O her Contributing Action (Describe in Narrative)

**DRIVER - MOST APPARENT HUMAN CONTRIBUTING FACTORS (OFFICER OPINION ONLY)**: 1st 27, 2nd , 3rd

00. No Apparent Contribu ing Factor
02. Asleep or Fatigued
03. Medical
04. Driver Inexperience
05. Aggressive Driving
06. Driver Unfamiliar With Area
07. Driver Emotionally Upset
08. Evading Law Enforcement Officer
09. Physical Disability
11. Distracted/Other Occupant
16. Age/Driver Ability
17. Looked/Did Not See
18. Talking on Phone/Holding
19. Talking on Phone/Hands Free
20. Manipulating Electronic Device
21. Distracted Eating/Drinking
22. Distracted/Smoking
23. Distracted/Manipulating Vehicle Control
24. Distracted/Other Interior
25. Distracted/Other Exterior
26. Sun Glare
27. Not Observed
15. O her Factor (Describe in Narrative)
28. Illness

**AUTONOMOUS VEHICLE CAPABILITY**: 00

00. No Automa ion
01. Driver Assistance
02. Partial Automa ion
03. Conditional Automation
04. High Automa ion
05. Full Automa ion
06. Unknown

Driver Ceded Control of Vehicle ☐

**CARRIER TYPE**: 
01. Interstate
02. Intrastate
03. Government Vehicle
04. Not in Commerce (If #04 is chosen, complete only he underlined fields below.)

**GROSS VEHICLE WEIGHT RATING/GROSS COMBINATION WEIGHT RATING**: Enter number of pounds

**TOTAL NUMBER OF AXLES**: Enter the total number of axles including truck and trailer.

**VEHICLE CONFIGURATION**:
01. Passenger Car (only if HM placarded)
02. Light Truck (only if HM placarded)
03. Bus/Limousine
04. Single-unit Truck (2 axles)
05. Single-unit Truck (3 or more axles)
06. Truck and Trailer
07. Truck Tractor (Bobtail)
08. Truck Tractor and Semi-Trailer
09. Truck Tractor and Double Trailers
10. Truck Tractor and Triple Trailers
11. Other (Describe in Narrative)

**CARGO BODY TYPE**:
01. Bus/ Limousine (seats 9-15 occupants, including the driver)
02. Bus/Limousine (seats 16 or more occupants, including the driver)
03. Van/Enclosed Box
04. Cargo Tank
05. Flatbed/Pickup
06. Dump Bed
07. Concrete Mixer
08. Auto Transporter
09. Garbage Refuse
10. Grain, Chips, Gravel
11. Pole
12. Intermodal Container
13. Vehicle Towing another Vehicle
14. Fire Apparatus
15. Ambulance
16. No Cargo Body
17. Other (Describe in Narra ive)

**SEQUENCE OF CRASH EVENTS**: 1st , 2nd , 3rd , 4th

*NON-COLLISION*
01. Ran Off he Road
02. Jackknifed
03. Overturning
04. Downhill Runaway
05. Cargo Loss or Shift
06. Explosion or Fire
07. Separation of Units
08. Crossed he Median/Center Line
09. Equipment Failure (Tires, etc.)
10. Other (Describe in Narra ive)

*COLLISION*
11. Pedestrian
12. Motor Vehicle in Transport
13. Parked Motor Vehicle
14. Train
15. Pedal Cycle (Bicycle, Tricycle, etc.)
16. Animal
17. Fixed Object
18. Work Zone Maintenance Equipment
19. Other Movable Object
20. Other (Describe in Narrative)

**HAZARDOUS MATERIALS - PLACARDS**
Did he vehicle have a hazardous material placard?
00. No 01. Yes 02. Required but Missing

**HAZARDOUS MATERIALS - RELEASE**
Was hazardous cargo from the placarded truck released? (Do not count fuel from the vehicle fuel tank)
00. No 01. Yes

**HAZARDOUS MATERIALS - CODE**
Enter he four digit number from the placard. If no number on the placard enter he four digit Iden ification number from the shipping paper(s).
1369 3

**HAZARDOUS MATERIALS - CLASS**
Enter he one digit number taken from the bottom of he placard
1369 3

**LIQUID HAZARDOUS MATERIALS**
Enter he amount of bulk liquid cargo at the time of crash.
01. 0 to 1,000 gallons
02. 1,001 to 2,000 gallons
03. 2,001 to 3,000 gallons
04. 3,001 to 4,000 gallons
05. 4,001 to 5,000 gallons
06. 5,001 to 6,000 gallons
07. 6,001 to 7,000 gallons
08. 7,001 to 8,000 gallons
09. 8,001 gallons and over

### CMV FIELDS

Carrier Name

Address

Dot #

| Over Height | Over Weight | Over Length | Over Width | Permitted |
|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ |

6 Pages via SFTP Tue, 11 Apr 2023 22:12:18 GMT

DR 3447 (11/09/18) — **ADDITIONAL MOTOR VEHICLE OCCUPANTS** — PAGE 5 OF 5 PAGES

| Traffic Unit # | Case # | Agency ORI | Agency Name |
|---|---|---|---|
| 01 | 2C230007 | COCSP0000 | Colorado State Patrol |

### Occupant 1
| TU# | A | D | E | F1 | F2 | F3 | AGE | (Passenger) Name/Address | AA | Expired Date |
|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 04 | 00 | 00 | I | 01 | A | 01 | [redacted] | | |

| G1 | G2 | H | I | J | K | L | M | N | SEX | EMS Trip # | Taken To | BB | Expired Time |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | A | 00 | | | | | | | F | | | | |

### Occupant 2
| TU# | A | D | E | F1 | F2 | F3 | AGE | (Passenger) Name/Address | AA | Expired Date |
|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 09 | 00 | 00 | B | 01 | A | 22 | JAVIER DOMINGUEZ — 4334 GLENWOOD DR Unit D, BOZEMAN, MT 59718 | | |

| G1 | G2 | H | I | J | K | L | M | N | SEX | EMS Trip # | Taken To | BB | Expired Time |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | A | 01 | | | | | | | M | | | | |

### Occupant 3
| TU# | A | D | E | F1 | F2 | F3 | AGE | (Passenger) Name/Address | AA | Expired Date |
|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 03 | 00 | 00 | B | 01 | A | 30 | BLANCA DOMINGUEZ — 4334 GLENWOOD DR Unit D, BOZEMAN, MT 59718 | | |

| G1 | G2 | H | I | J | K | L | M | N | SEX | EMS Trip # | Taken To | BB | Expired Time |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | A | 00 | | | | | | | F | | | | |

(Remaining occupant entry blocks on page are blank, with TU# field pre-filled "01".)

SSB INS SRVCS
6350 LAUREL CYN BLVD
NORTH HOLLYWOOD, CA 91606

**Policy Number: 952185698**
Underwritten by:
Progressive Northwestern Ins Co
January 9, 2023
Policy Period: Sep 10, 2022 - Mar 10, 2023
Page 1 of 3

BLANCA Y DOMINGUEZ GIRON
2220 W MAIN ST TRLR 9
BOZEMAN, MT 59718

**1-888-672-6999**
**SSB INS SRVCS**
Contact your agent for personalized service.

**agent.progressive.com**
**Online Service**
Make payments, check billing activity, update policy information or check status of a claim.

**1-800-274-4499**
To report a claim.

# Auto Insurance Coverage Summary

This is your Declarations Page
Your coverage has changed

Your coverage began on September 10, 2022 at 12:01 a.m. This policy expires on March 10, 2023 at 12:01 a.m.

This coverage summary replaces your prior one. Your insurance policy and any policy endorsements contain a full explanation of your coverage. The policy limits shown for a vehicle may not be combined with the limits for the same coverage on another vehicle, unless the policy contract or endorsements indicate otherwise. The policy contract is form 9611A MT (09/16). The contract is modified by forms 4884 (10/08), A264 (10/18) and A339 MT (03/22).

## Policy changes effective December 3, 2022

| | |
|---|---|
| Changes requested on: | Jan 6, 2023 07:49 p.m. |
| Requested by: | Blanca Y. Dominguez Giron |
| Premium change: | -$183.30 |
| Changes: | The 2011 JEEP COMPASS has been removed. |

## Drivers and household residents

**Blanca Y Dominguez Giron**
Additional information: Named insured

**Nelson Reyes Solis**

**Walter Domiguez Soto**

**Heidi D Espinoza**

## Outline of coverage

| **General policy coverage** | Limits | Deductible | Premium |
|---|---|---|---|
| Uninsured Motorist | $25,000 each person/$50,000 each accident | | $48 |
| Total premium for general policy coverage | | | **$48.00** |

EXHIBIT B
Continued

**2001 FORD EXPLORER SPORT TRAC 4 DOOR WAGON**
VIN: **1FMZU77EX1UA85036**
Garaging ZIP Code: 59718
Primary use of the vehicle: Pleasure/Personal
Length of vehicle ownership when policy started or vehicle added: At least 3 years but less than 5 years

| | Limits | Deductible | Premium |
|---|---|---|---|
| Liability To Others | | | $273 |
| Bodily Injury Liability | $25,000 each person/$50,000 each accident | | |
| Property Damage Liability | $20,000 each accident | | |
| Total premium for 2001 FORD | | | **$273** |

**2009 TOYOTA CAMRY 4 DOOR SEDAN**
VIN: **4T4BE46K79R073836**
Garaging ZIP Code: 59718
Primary use of the vehicle: Pleasure/Personal
Length of vehicle ownership when policy started or vehicle added: At least 1 year but less than 3 years
Information regarding your vehicle history (prior damage, theft or title issues) has impacted how we determine your premium.

| | Limits | Deductible | Premium |
|---|---|---|---|
| Liability To Others | | | $425 |
| Bodily Injury Liability | $25,000 each person/$50,000 each accident | | |
| Property Damage Liability | $20,000 each accident | | |
| Total premium for 2009 TOYOTA | | | **$425** |

**1998 FORD EXPEDITION 4 DOOR WAGON**
VIN: **1FMPU18L3WLA39028**
Garaging ZIP Code: 59718
Primary use of the vehicle: Pleasure/Personal
Length of vehicle ownership when policy started or vehicle added: At least 1 year but less than 3 years

| | Limits | Deductible | Premium |
|---|---|---|---|
| Liability To Others | | | $283 |
| Bodily Injury Liability | $25,000 each person/$50,000 each accident | | |
| Property Damage Liability | $20,000 each accident | | |
| Total premium for 1998 FORD | | | **$283** |

**2012 GMC ACADIA 4 DOOR WAGON**
VIN: **1GKKVRED5CJ218531**
Garaging ZIP Code: 59718
Primary use of the vehicle: Pleasure/Personal
Length of vehicle ownership when policy started or vehicle added: Less than 1 month

| | Limits | Deductible | Premium |
|---|---|---|---|
| Liability To Others | | | $336 |
| Bodily Injury Liability | $25,000 each person/$50,000 each accident | | |
| Property Damage Liability | $20,000 each accident | | |
| Total premium for 2012 GMC | | | **$336** |
| **Total 6 month policy premium** | | | **$1,365.00** |

## Premium discounts

| Policy | |
|---|---|
| 952185698 | Multi-Car and Continuous Insurance: Gold |

Continued

Policy Number: 952185698
Blanca Y Dominguez Giron
Page 3 of 3

**Company officers**

Secretary

Form 6489 MT (10/21)