IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| PROGRESSIVE NORTHWESTERN INSURANCE COMPANY,<br><br>              Plaintiff,<br><br>vs.<br><br>BLANCA Y DOMINGUEZ GIRON, JAVIER DOMINGUEZ, LUIS DANIEL DOMINGUEZ GIRON, GENESIS YOLANI AGUILAR DOMINGUEZ, AND BIANCA YASMIN REYES DOMINGUEZ, ALL MINORS BY AND THROUGH THEIR MOTHER, GUARDIAN AND NEXT FRIEND, BLANCA Y DOMINGUEZ GIRON, CHILDREN'S HOSPITAL COLORADO, d/b/a CHILDREN'S HOSPITAL COLORADO-COLORADO SPRINGS, PROWERS COUNTY HOSPITAL DISTRICT, d/b/a PROWERS MEDICAL CENTER, REACH AIR MEDICAL SERVICES, LLC, and RADIOLOGY & IMAGING CONSULTANTS, P.C.,<br><br>              Defendants. | Cause No. CV-23-52-BU-BMM<br><br>**ORDER GRANTING PROGRESSIVE NORTHWESTERN INSURANCE COMPANY'S MOTION FOR VIRTUAL ATTENDANCE AT FEBRUARY 5, 2024 MOTION HEARING** |

      Upon Plaintiff's Motion for Virtual Attendance at February 5, 2024, Motion Hearing (Doc. 26), and good cause appearing,

      IT IS ORDERED that counsel for Plaintiff may appear at the February 5, 2024, Motion Hearing virtually.

Plaintiff's counsel will contact the Clerk of Court for the Zoom link.

DATED this 8th day of January, 2024.

_____
Brian Morris, Chief District Judge
United States District Court