Kenneth K. Lay
CROWLEY FLECK PLLP
900 N. Last Chance Gulch, Suite 200
P. O. Box 797
Helena, MT 59601
Telephone: (406) 449-4165
Facsimile: (406) 449-5149
Email: klay@crowleyfleck.com

Attorneys for Defendant REACH Air Medical Services, LLC

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT
OF MONTANA BUTTE DIVISION

| | |
|---|---|
| PROGRESSIVE NORTHWESTERN INSURANCE COMPANY,<br><br>　　　　　　　　Plaintiff,<br><br>　vs.<br><br>BLANCA Y DOMINGUEZ GIRON, JAVIER DOMINGUEZ, LUIS DANIEL DOMINGUEZ GIRON, GENESIS YOLANI AGUILAR DOMINGUEZ, AND BIANCA YASMIN REYES DOMINGUEZ, ALL MINORS BY AND THROUGH THEIR MOTHER, GUARDIAN AND NEXT FRIEND, BLANCA Y DOMINGUEZ GIRON, CHILDREN'S HOSPITAL COLORADO, d/b/a CHILDREN'S HOSPITAL COLORADO-COLORADO SPRINGS, PROWERS COUNTY HOSPITAL DISTRICT, d/b/a PROWERS MEDICAL CENTER, REACH AIR MEDICAL SERVICES, LLC, and RADIOLOGY & IMAGING CONSULTANTS, P.C.,<br><br>　　　　　　　　Defendants. | Cause No.:  CV-23-52-BU-BMM-JTJ<br><br><br>**REQUEST FOR ENTRY OF DEFAULT JUDGMENT, AND STIPULATION TO DISBURSEMENT OF DEPOSITED FUNDS** |

Come Now Defendants REACH Air Medical Services, LLC ("Reach Air Medical"), and Blanca Y Dominguez Giron, Javier Dominguez, Luis Daniel Dominguez Giron, Genesis Yolani Aguilar Dominguez, and Bianca Yasmin Reyes Dominguez (collectively, the "Injured Parties"), by and through their respective counsel, and jointly request and stipulate that the Court enter of a default judgment in this interpleader action against Defendant Radiology & Imaging Consultants, P.C. ("RIC"), and then order disbursement of the interpleaded funds in this matter pursuant to the settlement agreement reached between Reach Air Medical, the Injured Parties, and non-appearing Defendant Prowers County Hospital District d/b/a Prowers Medical Center ("Prowers Medical"). In support of thereof, the parties state as follows:

1. On or around July 13, 2023, Plaintiff Progressive Northwestern Insurance Company ("Progressive"), commenced this interpleader action to resolve a dispute over the proceeds of a liability insurance policy issued by Progressive, which provided coverage for a single-vehicle rollover automobile accident that occurred on January 3, 2023 in Prowers County, Colorado. *See* Doc. 1.

2. Pursuant to this Court's Orders, Progressive deposited the sum of $50,000.00 in liability insurance proceeds with the Court (the "Deposited Funds"), and has received a discharge of liability and been dismissed with prejudice from this

action.  *See* Doc. 1 (Complaint); Doc. 10 (Order to Deposit Funds); and Doc. 30 (Order of Discharge and Dismissal).

3. Defendant Children's Hospital of Colorado, d/b/a Children's Hospital of Colorado – Colorado Springs, was voluntarily dismissed from this action by Plaintiff Progressive based on a letter dated November 27, 2023, indicating its intent to waive any claim to the Deposited Funds.  *See* Docs. 23 and 23-1.

4. Defendant Radiology and Imaging Consultants, P.C. ("RIC"), signed a Waiver of Service of Summons but did not appear in this suit, and later provided a letter dated June 18, 2024, stating that RIC "is not planning to appear in the lawsuit or make a claim for the interpleaded insurance funds."  *See* Doc. 16 and Doc. 33-1. On that basis, Reach Air Medical requested the default of RIC, which the Clerk of Court entered on December 4, 2024.  *See* Doc. 37

5. The remaining defendants making claim to the Deposited Funds (collectively, the "Claimants") include Reach Air Medical, the Injured Parties, and Prowers Medical.  On October 17, 2024, all Claimants reached an agreement to settle their dispute over the insurance proceeds ("Settlement Agreement").  Pursuant to that Settlement Agreement, the Claimants stipulate that the Deposited Funds held in the Court Registry Investment System (CRIS) be distributed follows:

- **$20,799.17**, payable to Reach Air Medical Services, LLC, Tax ID No. ▮▮▮▮▮▮▮▮, and sent to:

  Kenneth K. Lay
  CROWLEY FLECK, PLLP
  900 North Last Chance Gulch, Suite 200
  Helena, MT 59601

- **$15,000.00**, payable to Bienvenidos A Gallatin Valley, Tax ID/SSN No. ▮▮▮▮▮▮▮▮, on behalf of Blanca Y Dominguez Giron, Javier Dominguez, Luis Daniel Dominguez Giron, Genesis Yolani Aguilar Dominguez, and Bianca Yasmin Reyes Dominguez, and sent to:

  John H. Tarlow
  TARLOW STONECIPHER WEAMER & KELLY, PLLC
  1705 West College Street
  Bozeman, MT 59715

- **$14,200.83**, payable to Prowers Medical Center, Tax ID No. ▮▮▮▮▮▮▮▮, and sent to:

  Joseph D. Bower
  BANNER & BOWER, P.C.
  115 E. Riverwalk, #400
  Pueblo, CO 81003

6. In the Settlement Agreement, the parties agreed and stipulated that to the extent interest accrued on the amounts deposited exceeds any investment fee recoverable by the Administrative Office of the U.S. Courts, such interest income be distributed equally among the claimants (one third to each of the three Claimants).

7. Although Prowers Medical has not entered an appearance in this action, its above-named counsel, Colorado attorney Joseph D. Bower, has participated in

4

settlement discussions and approved the parties' Settlement Agreement. Defendants Reach Air Medical and the Injured Parties stipulate to the above-requested disbursement of funds to Prowers Medical in accordance with the Settlement Agreement and request that, if possible, the disbursement to Prowers Medical be made without requiring Prowers Medical to formally appear in this action.

**THEREFORE, CLAIMANTS HEREBY REQUEST AND STIPULATE AS FOLLOWS:**

1. That Default Judgment be entered against Radiology & Imaging Consultants, P.C., with respect to any claim it might make to the Deposited Funds; and

2. That the Deposited Funds and any interest in excess of the fee recoverable by the Administrative Office of the U.S. Courts be distributed to the Claimants in the amounts specified above, pursuant to 28 U.S.C. § 2042, Fed. R. Civ. P. 67, and Local Rule 67.2; and

3. That the Claimants shall bear their own attorney fees and costs.

A proposed Default Judgment and Order for Distribution of Funds is submitted herewith.

//

//

Dated this 31st day of January, 2025.

        CROWLEY FLECK PLLP

        /s/ Kenneth K. Lay
        Kenneth K. Lay
        *Attorneys for Defendant REACH Air*
        *Medical Services, LLC*

        TARLOW STONECIPHER
        WEAMER & KELLY, PLLC

        /s/ John H. Tarlow
        John H. Tarlow
        *Attorneys for Blanca Y Dominguez Giron,*
        *Javier Dominguez, Luis Daniel Dominguez*
        *Giron, Genesis Yolani Aguilar Dominguez,*
        *and Bianca Yasmin Reyes Dominguez*