UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| PROGRESSIVE NORTHWESTERN INSURANCE COMPANY,<br><br>             Plaintiff,<br><br>vs.<br><br>BLANCA Y DOMINGUEZ GIRON, JAVIER DOMINGUEZ, LUIS DANIEL DOMINGUEZ GIRON, GENESIS YOLANI AGUILAR DOMINGUEZ and BIANCA YASMIN REYES DOMINGUEZ, all minors by and through their mother , guardian and next friend BLANCA Y DOMINGUEZ GIRON, PROWERS COUNTY HOSPITAL DISTRICT, d/b/a PROWERS MEDICAL CENTER, REACH AIR MEDICAL SERVICES, LLC, and RADIOLOGY & IMAGING CONSULTANTS, P.C.,<br><br>             Choose an item.. | Case No. CV-23-52-BU-BMM<br><br>JUDGMENT IN A CIVIL CASE |

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

     IT IS ORDERED AND ADJUDGED Default Judgment is entered against

Defendant Radiology and Imaging Consultants, P.C. with respect to any claim to the Depositted Funds.

Dated this 3rd day of February, 2025

        TYLER P. GILMAN, CLERK

        By:   /s/ Athena Cobb
                  Deputy Clerk